1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9     JOHN FRATUS,                              1:21-cv-01523-EPG (PC)

10                     Plaintiff,
                                                ORDER TO PAY FILING FEE WITHIN 45
11            v.                                 DAYS

12    UCHI, et al.,
                                                (ECF No. 10)
13                     Defendants.

14

15         Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed on October 8,

16    2021, pursuant to 42 U.S.C. § 1983. (ECF No. 1). On October 15, 2021, this matter was

17    transferred to this Division from the Sacramento Division. (ECF No. 3). On October 19, 2021,

18    this Court ordered Plaintiff to pay the $402.00 filing fee or submit an application to proceed *in*

19    *forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 5).

20         Now before the Court is Plaintiff's letter to the Clerk of Court, entered on the docket on

21    November 8, 2021. (ECF No. 10). Plaintiff asserts that, on September 24, 2021, he sent the

22    Sacramento Clerk's Office three § 1983 complaints in the same envelope and, so far, he has only

23    received a response concerning this case, specifically, the Court's order for Plaintiff to pay the

24    $402.00 filing fee or submit an application to proceed *in forma pauperis*. Plaintiff says that he

25    also sent the Sacramento Clerk's Office a $1200 check to prepay the filing fees for all three

26    § 1983 complaints. Plaintiff asks if the Clerk received his check (#898857).

27         This Court has conferred with the Clerk's Offices for the Fresno and Sacramento

28    Divisions, which have no record of receiving a check or other complaints. However, if a check

                                                     1

was received without a complaint or a case number, the respective Clerk would have returned it because the total amount due for three cases is $1206, not $1200. Additionally, the Court has conferred with the Financial Department, who reviewed the Sacramento financial logs. This review did not reveal any funds receipted or returned for the $1200 check that Plaintiff says he sent.

In short, the Court has no record of receiving any $1200 check or other complaints related to this action. As Plaintiff indicates that he has the funds to pay (and in fact has tried to pay) the $402 filing fee in this case, the Court will order him to pay it.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Within forty-five (45) days of the date of service of this order, Plaintiff shall pay the $402.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

**(2)** If the Clerk of Court discovers a $1200 check from Plaintiff dated between September and October 2021, the Clerk is directed to return this check to Plaintiff without cashing it. Thus, Plaintiff is free to contact the financial institution who issued the $1200 check and direct it to stop any payment on it.

(3) If Plaintiff wishes to pursue any of the other two § 1983 actions that he believes he already mailed, he must again mail the complaints for these cases to the appropriate court.[1]

(4) The Clerk of Court is directed to send a copy of this order to the Clerk's Office for the Sacramento Division.

IT IS SO ORDERED.

Dated:   **November 10, 2021**               /s/ Erin P. Gregi
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff's claims arise in the Eastern District of California, he is directed to review Local Rule 120(d) which specifies which Division, Fresno or Sacramento, an action should be commenced in.