UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>    Plaintiff,<br><br>    v.<br><br>UCHI, et al.,<br><br>    Defendants. | 1:21-cv-01523-EPG (PC)<br><br>ORDER CLARIFYING NOVEMBER 10, 2021 ORDER<br><br>(ECF No. 13) |

    Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed on October 8, 2021, pursuant to 42 U.S.C. § 1983. (ECF No. 1). On October 15, 2021, this matter was transferred to this Division from the Sacramento Division. (ECF No. 3). On October 19, 2021, this Court ordered Plaintiff to pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 5).

    In a letter entered on the docket on November 8, 2021, Plaintiff asserted that he sent the Sacramento Clerk's Office three § 1983 complaints in the same envelope and a $1200 check to prepay the filing fees for all three § 1983 complaints. (ECF No. 10). Plaintiff asked if the Clerk received his check (#898857) and about the other status of the other two § 1983 complaints for which he had yet to hear anything.

    After conferring with the Clerk's Offices for the Fresno and Sacramento Divisions, the Court entered an order on November 10, 2021, noting that it had no record of receiving a check or two other complaints. (ECF No. 13). The Court directed Plaintiff to pay the $402 filing fee and to file any other complaints that he believed he had mailed but that the Court found no record of.

1

After further discussions with the Clerk's Office for the Sacramento Division, the Court has learned that Plaintiff has two other pending cases filed around the same date as this case, which might be the other § 1983 cases that Plaintiff referred to in his letter. Specifically, Plaintiff filed a § 1983 lawsuit against Defendants Gomez and John Doe on October 8, 2021, in Case No. 2:21-cv-1867-DMC in the Sacramento Division. And, Plaintiff filed a § 1983 lawsuit against Defendants J. Sandhu and A. Navarro on October 8, 2021, in Case No. 2:21-cv-1869-CKD in the Sacramento Division. However, the Clerk's Office for the Sacramento Division has confirmed that review of the records for these cases does not reveal any $1200 check being received.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) To the extent that Case No. 2:21-cv-1867-DMC and Case No. 2:21-cv-1869-CKD are the same two § 1983 cases that Plaintiff asked about in his November 8, 2021 letter, the Court clarifies its November 10, 2021 order to confirm that the Sacramento Division has received these complaints. Accordingly, Plaintiff need **NOT** again mail either complaint for filing. As for pursuing these actions further, Plaintiff is directed to follow the instructions provided by the Judges handling those cases and may not direct any further questions about those cases to this Court.

(2) Within forty-five (45) days of the date of service of the Court's November 10, 2021 order, Plaintiff **is still required** to pay the $402.00 filing fee for this action, 1:21-cv-1523-NONE-EPG. **Failure to comply with this order will result in dismissal of this action.**

(3) The Clerk of Court is directed to send a copy of this order to the Clerk's Office for the Sacramento Division.

IT IS SO ORDERED.

Dated:   **November 15, 2021**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

2