UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UCHI, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER DENYING MOTION FOR GLOBAL SETTLEMENT CONFERENCE<br><br>(ECF No. 29) |

Plaintiff John Fratus is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). The Court has screened Plaintiff's complaint and allowed this action to proceed against Defendants Uchi and Burnes on Plaintiff's retaliation and failure-to-protect claims and against Defendant Doe on Plaintiff's failure-to-protect claim. (ECF No. 18).

On April 21, 2022, this Court entered an order directing the parties to participate in a settlement conference before a Magistrate Judge to see if the case can reach an early settlement. (ECF No. 23). However, this order also permits the Defendants to opt out of the conference if "defense counsel in good faith finds that a settlement conference would not be productive at this time." (*Id.* at 1).

This matter is now before the Court on Plaintiff's motion for a global settlement conference under Local Rule 270 for his four lawsuits pending in this District: (1) this case; (2)

2:20-cv-354-TLN-DB; (3) 2:21-cv-1867-DMC: and (4) 2:21-cv-1869-JAM-CKD. (ECF No. 29). The Court will deny the motion. While the Court appreciates Plaintiff's willingness to try to resolve his lawsuits, as discussed above, this Court has already entered an order regarding a settlement conference, which will provide the Defendants the opportunity to opt out of such a conference if they so elect. And, as the Court has previously advised Plaintiff, this Court does not preside over his other cases. (*See* ECF No. 14). The Court will thus not order any action in cases for which it does not oversee.

Accordingly, IT IS ORDERED that Plaintiff's motion for a global settlement conference (ECF No. 29) is denied.[1]

IT IS SO ORDERED.

Dated: **May 27, 2022**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court will not order Defendants to participate in a global settlement conference, the Court is always willing to help facilitate such a conference if Defendants wish to set one.