UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>            Plaintiff,<br><br>   v.<br><br>UCHI, et al.,<br><br>            Defendants. | Case No.   1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER GRANING MOTION TO WITHDRAW MOTION FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 41)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT BE DENIED<br><br>(ECF No. 37)<br><br>ORDER DIRECTING CLERK TO TERMINATE MOTION FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT AS WITHDRAWN<br><br>(ECF Nos. 35, 36). |

      Plaintiff John Fratus is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). On June 30, 2022, the Court issued findings and recommendations, recommending that Plaintiff's motion for entry of default (ECF No. 35) and motion for default judgment (ECF No. 36) be denied because Defendants filed an answer in this

1

action. (ECF No. 37; *see* ECF No. 33).

This matter is now before the Court on Plaintiff's motion to withdraw his motion for entry of default and motion for default judgment, stating that he has since obtained a copy of Defendants' answer, which he acknowledges was timely filed. (ECF No. 41).

Based on the foregoing, IT IS ORDERED as follows:

1. Plaintiff's motion to withdraw his motion for entry of default and motion for default judgment (ECF No. 41) is granted.
2. This Court's June 30, 2022 findings and recommendations (ECF No. 37) are vacated.
3. Further, the Clerk of Court is respectfully directed to terminate as withdrawn Plaintiff's motion for entry of default (ECF No. 35) and motion for default judgment (ECF No. 36).

IT IS SO ORDERED.

Dated:  **July 12, 2022**          /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE

2