UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>  Plaintiff,<br><br>  v.<br><br>UCHI, et al.,<br><br>  Defendants. | Case No.   1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, REQUEST FOR *IN FORMA PAUPERIS* APPLICATION<br><br>(ECF No. 42) |

Plaintiff John Fratus is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). The Court has screened Plaintiff's complaint and allowed this action to proceed against Defendants Uchi and Burnes on Plaintiff's retaliation and failure-to-protect claims and against Defendant Doe on Plaintiff's failure-to-protect claim. (ECF No. 18).

This matter is now before the Court on Plaintiff's request that the Court send him a courtesy copy of the form application to proceed *in forma pauperis* in this action. (ECF No. 42). The Court will deny the request. Notably, Plaintiff paid the filing fee for this case on December 16, 2021. Moreover, Defendants have waived service and filed an answer in this case. (ECF No. 22, 33). Accordingly, the record does not show, and Plaintiff has failed to allege, that there are any fees that currently need to paid in this case (and which he cannot afford to pay) so as to grant him *in forma pauperis* status under 28 U.S.C. § 1915.

1

Based on the foregoing, IT IS ORDERED that Plaintiff's request for a courtesy copy of the form application to proceed *in forma pauperis* in this action (ECF No. 42) is denied without prejudice. Should Plaintiff later encounter a fee in this action that he believes he will be unable to pay, he may again request that the Court send him a courtesy copy of the *in forma pauperis* application.

IT IS SO ORDERED.

Dated:   **July 13, 2022**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE