UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UCHI, et al.,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF DOCKET SHEET<br><br>(ECF No. 54) |

Plaintiff John Fratus is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 27, 2022, filed a request for all docket entries in this case for the past 90 days. (ECF No. 54, p. 1). The request is dated October 23, 2022. (Id.).

As the Court granted Plaintiff's previous request for a copy of the docket sheet on October 14, 2022, IT IS ORDERED that Plaintiff's October 27, 2022 request for a copy of the docket sheet is DENIED as moot.

IT IS SO ORDERED.

　　Dated: __October 28, 2022__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1