UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>    Plaintiff,<br><br>v.<br><br>UCHI, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY SETTLEMENT REPORT DEADLINE IN SCHEDULING ORDER [ECF No. 39]<br><br>(ECF No. 72) |

On January 17, 2023, Defendants filed a motion to modify the settlement report deadline in the scheduling order. (ECF No. 72). Defendants ask "for a fourteen-day extension of time, up to and including February 6, 2023, of the current settlement report deadline of January 23, 2023." (Id. at 1). Defense counsel coordinated with Plaintiff's institution of confinement to schedule a meet-and-confer telephone call with Plaintiff on January 11, 2023. However, on January 10, defense counsel was notified that the call was canceled because Plaintiff's housing unit was on a COVID-19 quarantine. The "call was rescheduled to the week of January 30, 2023, pending further confirmation from the institution." (Id. at 3). According to defense counsel, this extension "will provide Defendants sufficient time to conduct the required meet and confer call with Fratus and file a comprehensive report indicating each party's position on whether a settlement conference would be productive." (Id.).

The Court finds good cause to grant Defendants' motion.

Accordingly, IT IS HEREBY ORDERED that, no later than February 6, 2023,

1

Defendants shall confer with Plaintiff and file a report indicating each party's position on whether a settlement conference would be productive.

All unmodified terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 18, 2023**                             /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE