UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>        Plaintiff,<br><br>   v.<br><br>UCHI, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EVIDENTIARY HEARING TO BE HELD IN PERSON<br><br>(ECF No. 74) |

On January 9, 2023, the Court issued an order setting an evidentiary hearing for April 5, 2023, at 1:30 p.m., and directing Defendants to "file a notice indicating whether defense counsel wants the hearing to be held in person or via Zoom." (ECF No. 71, p. 4). The Court noted that "while it is amenable to either, all appearances must be by the same method, i.e., either all parties and witnesses shall appear in person or all parties and witnesses shall appear via Zoom." (Id.). On January 20, 2023, Defendants filed a request for the evidentiary hearing to be held in person. (ECF No. 74).

Accordingly, the evidentiary hearing set for April 5, 2023, at 1:30 p.m., will be held in person. The Court will issue the necessary transportation writ for Plaintiff, as well as for all allowed inmate witnesses, approximately thirty days before the evidentiary hearing.

IT IS SO ORDERED.

Dated: __**January 24, 2023**__             /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1