UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>   Plaintiff,<br><br>v.<br><br>UCHI, et al.,<br><br>   Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER GRANTING REQUEST TO MODIFY REMAINING DEADLINES AND DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR WITHIN FOURTEEN DAYS TO SCHEDULE SETTLEMENT CONFERENCE<br><br>(ECF No. 79) |

John Fratus ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

In compliance with this Court's order (ECF Nos. 39 & 73), on February 6, 2023, Defendants filed a report re: settlement conference, as well as a request to modify the remaining deadlines. (ECF No. 79). According to Defendants, Plaintiff "indicated that he wants to settle this matter and is motivated to settle for a reasonable amount." (Id. at 1-2). Additionally, "Defendants believe that a settlement conference would be productive and are optimistic about the likelihood of settlement based on the call between the parties." (Id. at 2). Accordingly, Defendants ask the Court to set a settlement conference and to extend certain dates until after the settlement conference. (Id.). Plaintiff "did not indicate any opposition to Defendants' proposal to request that the Court alter remaining deadlines during the pendency of settlement attempts." (Id.).

Given the representations in Defendants' report, the Court will direct defense counsel to contact ADR Coordinator Sujean Park to schedule a settlement conference. Additionally, the

1

Court finds good cause to modify the remaining dates and deadlines in this case. However, instead of extending the dates and deadlines at this time, the Court will vacate them. The Court will reset the dates and deadlines after the settlement conference, if necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. All remaining dates and deadlines are VACATED. The Court will reset the evidentiary hearing and all related deadlines, as well as the motion to compel deadline, the non-expert discovery cutoff, and the deadline for filing dispositive motions (other than dispositive motions based on the defense of failure to exhaust administrative remedies) after the settlement conference, if necessary; and
2. Defense counsel has fourteen days from the date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated:  **February 7, 2023**              /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE