1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 | |
| JOHN FRATUS, | Case No. 1:21-cv-01523-JLT-EPG (PC) |
| 11 | |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| 12 | FOR EXTENSION OF TIME |
| v. | |
| 13 | (ECF No. 84) |
| 14 | |
| UCHI, et al., | ORDER DIRECTING DEFENSE COUNSEL |
| 15 | TO CONFIRM THAT PLAINTIFF WILL BE |
| Defendants. | PRODUCED FOR THE SETTLEMENT |
| 16 | CONFERENCE |

17        Plaintiff John Fratus is a state prisoner proceeding *pro se* in this civil rights action filed

18  pursuant to 42 U.S.C. § 1983.

19        On April 11, 2023, Plaintiff filed a motion for a sixty-day extension of all deadlines in this

20  case. (ECF No. 84).  Plaintiff states that he has been transferred to California State Prison,

21  Corcoran, and is being retained there until after his next court date in a different case.  The next

22  court date in that case is May 5, 2023.  As Plaintiff does not have access to any of his property

23  while he is being retained at California State Prison, Corcoran, Plaintiff asks for an extension of

24  all deadlines in this case.

25        Plaintiff does not identify any specific deadlines that he wants extended.  Moreover, almost

26  all dates and deadlines in this case have been vacated.  (ECF No. 80).  The only dates and

27  deadlines remaining in this case are related to the settlement conference before Magistrate Judge

28  Helena M. Barch-Kuchta that is set for April 21, 2023.  (See ECF No. 82).  Plaintiff does not

directly ask for the settlement conference to be continued, and the Court sees no reason to continue the settlement conference at this time.[1]

As Plaintiff was recently transferred, the Court will direct defense counsel to confirm with Plaintiff's current institution of confinement that Plaintiff will be produced, via Zoom video conference, for the settlement conference on April 21, 2023, at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is DENIED; and

2. Defense counsel shall confirm with Plaintiff's current institution of confinement that Plaintiff will be produced, via Zoom video conference, for the settlement conference on April 21, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 13, 2023**                    /s/ _Erica P. Grosjean_
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the telephonic pre-settlement conference was held, as scheduled, on April 13, 2023. (ECF No. 85).