UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UCHI, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF TO EXTEND THEIR TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 88)<br><br>Judge:　　　Hon. Erica P. Grosjean<br>Trial Date:　Not Set<br>Action Filed:　October 8, 2021 |

　　Defendants F. Uchi, J. Burnes, and P. Kul filed a motion for relief, asking for a fourteen-day extension of time, up to and including May 26, 2023, of the current dispositional documents deadline of May 12, 2023.  Good cause appearing, the request is GRANTED.

　　Defendants have up to and including May 26, 2023, to file the dispositional documents in this case.

IT IS SO ORDERED.

　　Dated:　**May 15, 2023**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1