UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>            Plaintiff,<br><br>    v.<br><br>UCHI, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Doc. Nos. 88) |
| JOHN FRATUS<br><br>            Plaintiff,<br><br>    v.<br><br>J. GOMEZ,<br><br>            Defendant. | Case No. 2:21-cv-01867-DMC (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Doc. No. 44) |
| JOHN FRATUS,<br><br>            Plaintiff,<br><br>    v.<br><br>J. SANDHU, et al.,<br><br>            Defendants. | Case No. 2:21-cv-01869-DJC-CKD (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Doc. No. 44) |

Pending before the Court are three separate motions for an extension of time, filed by Defendants in 1:21-cv-01523-JLT-EPG, 2:21-cv-01867-DMC, and 2:21-cv-01869-DJC-CKD. (Doc. Nos. 88, 44, 44). In each motion, Defendants request a fourteen-day extension of time, up to and including May 26, 2023, to file dispositional documents. (*Id*.). Each of the three aforementioned cases are part of a global settlement. Defendants in each case request an extension of time because of Plaintiff's incarceration status, parties need additional time for mailing settlement documents to Plaintiff, and in turn receive the settlement documents from Plaintiff. (Doc. Nos. 88 at 3-4, 44 at 3-4, 44 at 3-4). The Court finds that Defendants in each of the aforementioned cases satisfies good cause. Fed. R. Civ. P. 6(b)(1)(A). Thus, dispositional documents must be filed by **May 26, 2023**.

Accordingly, it is **ORDERED**:

Defendants' motions for an extension of time (Doc. Nos. 88, 44, 44) are GRANTED.

Dated:   May 15, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE