UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>            Plaintiff,<br><br>      v.<br><br>UCHI, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01523-JLT-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 91) |

On May 17, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 91). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated:   **May 18, 2023**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1